MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC*
*and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No.: 2:17-cv-00026-GMN-CWH |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| vs. | |
| WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SILVER STREAM ADVISORS, LLC; and NEW DIRECTION IRA, INC. FBO MARIJO TINLIN, IRA, | |
| Defendants. | |

PLEASE TAKE NOTICE that Bayview Loan Servicing, LLC and Federal Home Loan

Mortgage Corporation, hereby provides notice that Brett M. Coombs, Esq., is no

longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

1

42854663;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation in this action.  All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Vatana Lay, Esq. receive all future notices.

Respectfully submitted, this 14th   day of September, 2017.

**AKERMAN LLP**

/s/  *Vatana Lay*
_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiffs Bayview Loan Servicing, LLC*
*and Federal Home Loan Mortgage Corporation*

<u>**COURT APPROVAL**</u>

IT IS SO ORDERED.

Date:_ 9/15/17

_____
UNITED STATES MAGISTRATE JUDGE

2

42854663;1

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

## <u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on the 14th day of September, 2017 pursuant to FRCP 5(b)(2)(E), I caused service

3  of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made

4  electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system

5  for filing and transmittal to all interested parties.

6  Wing Yan Wong, Esq.                          Shane D. Cox, Esq.
7  **Gordon & Rees LLP**                         **Absolute Collection Services, LLC**
   300 South Fourth Street, Suite 1550          8440 W. Lake Mead Blvd., Suite 210
8  Las Vegas, Nevada 89101                       Las Vegas, Nevada 89128
   *Attorney for Washington & Sandhill*          *Attorney for Absolute Collection Services, LLC*
9  *Homeowners Association, Inc.*

10

11                                                /s/ *Doug J. Layne*
                                                  An employee of AKERMAN LLP
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

42854663;1