MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SILVER STREAM ADVISORS, LLC; and NEW DIRECTION IRA, INC. FBO MARIJO TINLIN, IRA,<br><br>Defendants. | Case No.: 2:17-cv-00026-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF BAYVIEW LOAN SERVICING, LLC AND FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO PARTIALLY LIFT STAY [ECF NO. 27] AND MOTION TO SCHEDULE SUMMARY JUDGMENT BRIEFING [ECF NO. 28]**<br><br>**(First Request)** |

43408828;1

Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") and Bayview Loan Servicing, LLC ("Bayview") (collectively "Plaintiffs"), and defendants Washington & Sandhill Homeowners Association and Absolute Collection Services, LLC, hereby stipulate and agree that Plaintiffs shall have through December 1, 2017, in which to file and serve its reply in support of its motion for partial lift of stay and motion to schedule summary judgment briefing both filed herein on October 24, 2017. The reply is currently due on November 14, 2017, and the deadline has not previously been extended. Plaintiffs request the extension because of the complexity of the issues involved in the motion.

IT IS SO STIPULATED:

DATED this 17th day of November, 2017.

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiffs*

DATED this 17th day of November, 2017.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Wing Yan Wong*
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorney for Washington & Sandhill HOA*

DATED this 17th day of November, 2017

**Absolute Collection Services, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128

*Attorneys for Absolute Collection Services, LLC*

2

43408828;1

*Case No.: 2:17-cv-00026-GMN-CWH*
*Stipulation And Order To Extend Time To File Reply In Support Of Bayview Loan Servicing, Llc And Federal Home Loan Mortgage Corporation's Motion To Partially Lift Stay [Ecf No. 27] And Motion To Schedule Summary Judgment Briefing [ECF NO. 28]*

IT IS SO ORDERED.

DATED: 11/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

43408828;1