MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SILVER STREAM ADVISORS, LLC; and NEW DIRECTION IRA, INC. FBO MARIJO TINLIN, IRA,<br><br>Defendants. | Case No.: 2:17-cv-00026-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, Bayview Loan Servicing, LLC (**Bayview**) and Federal Home Loan Mortgage Corporation (**Fannie Mae**), Washington & Sandhill Homeowners Association (**Washington**), Absolute Collection Services, LLC (**ACS**), and Silver Stream Advisors, LLC (**Silver Stream**) by and through their undersigned counsel of record, hereby submit the following Stipulation and [Proposed] Order to Extend Discovery Deadlines. This is the first stipulation for extension of the subject discovery deadlines submitted by the parties.

**A. Discovery Completed.**

The following discovery has been completed thus far:

1

44078535;1

1. **Initial Disclosures**: On September 14, 2017, Plaintiffs served their initial disclosures. On December 7, 2017 Washington served its initial disclosures.

2. **Expert Disclosures**: The deadline for expert disclosures has not yet passed.

3. **Written Discovery**: On January 23, 2018, BANA served respective requests for admission, interrogatories, and requests for production of documents on Silver Stream, ACS and Washington.

4. **Depositions:** No depositions have taken place.

**B. Discovery Remaining.**

The parties anticipate engaging in additional discovery, including but not limited to:

1. **Depositions**: On January 24, 2018, BANA served an amended notices to take the deposition of the FRCP 30(b)(6) representative of Washington on March 20, 2018. The parties anticipate taking the depositions of Silver Stream and ACS's Fed R. Civ. P. 30(b)(6) witnesses.

2. **Washington's Discovery**: Washington anticipates it will disclose its expert designations, take depositions of Plaintiffs, and serve its written discovery requests on Plaintiffs, in the event the parties are unable to settle this matter within the next 30 days.

**C. Reasons Why Discovery Not Completed.**

The parties are working diligently to settle this matter and request additional time for settlement discussions without expending the time and expenses in conducting discovery. The parties submit this stipulation in good faith, without the purpose of undue delay, and respectively request that the Court extend the pending discovery deadlines by thirty (30) days pursuant the proposed schedule listed below.

**D. Proposed Schedule.**

1. Discovery Cut-Off: May 14, 2018.
2. Disclosure of Expert: March 14, 2018
3. Rebuttal Expert: April 13, 2018
4. Interim Status Report: March 14, 2018
5. Dispositive Motions: June 13, 2018

///

44078535;1

6. Pre-Trial Order: July 13, 2018

| | |
|---|---|
| DATED this 12th day of February, 2018 | DATED this 12th day of February, 2018 |
| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Vatana Lay* | */s/ Wing Yan Wong* |
| MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | WING YAN WONG, ESQ.<br>Nevada Bar No. 13622<br>300 S. Fourth Street, Ste. 1550<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorney for Washington & Sandhill HOA* |
| DATED this 12th day of February, 2018 | DATED this 12th day of February, 2018 |
| **ABSOLUTE COLLECTION SERVICES, LLC** | **ALDRICH LAW FIRM, LTD.** |
| */s/ Shane D. Cox* | */s/ John P. Aldrich* |
| SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128 | JOHN P. ALDRICH<br>Nevada Bar No. 6877<br>CATHERINE HERNANDEZ, ESQ.<br>Nevada Bar No. 8410<br>300 S. Fourth Street, Ste. 1550<br>Las Vegas, Nevada 89101 |
| *Attorneys for Absolute Collection Services, LLC* | *Attorney for Silver Stream Advisors, LLC* |

IT IS SO ORDERED.

DATED: February 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

44078535;1