MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
vatana.lay@akerman.com

*Attorneys for Plaintiffs Bayview Loan Servicing, LLC and Federal Home Loan Mortgage Corporation*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; SILVER STREAM ADVISORS, LLC; and NEW DIRECTION IRA, INC. FBO MARIJO TINLIN, IRA,<br><br>Defendants. | Case No.: 2:17-cv-00026-GMN-CWH<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Bayview Loan Servicing, LLC (**Bayview**), Federal Home Loan Mortgage Corporation (**Freddie Mac**), Washington & Sandhill Homeowners Association (**Washington**), Absolute Collection Services, LLC (**ACS**), New Direction IRA (**New Direction**), and Silver Stream Advisors, LLC (**Silver Stream**) by and through their undersigned counsel of record, stipulate as follows:

1. This matter relates to real property located at 925 Swiss Street, Las Vegas, Nevada 89110, APN 140-30-612-033 (the **Property**). The Property is more specifically described as:

> LOT EIGHTY-TWO (82) IN BLOCK THREE (3) OF WASHINGTON & SANDHILL UNIT 4 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 88 OF PLATS, PAGE 36, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

APN 140-30-612-033
44551713;1

APN:  140-30-612-033

2. Bayview, on Freddie Mac's behalf, is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on October 31, 2006 as Instrument No. 20061031-0006241 (the **Deed of Trust**).

3. On July 16, 2014, Silver Stream recorded a Foreclosure Deed as Instrument Number 20140716-0003120 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Silver Stream purchased the Property at a foreclosure sale of the Property held July 15, 2014 (the **HOA Sale**).

4. Silver Stream transferred its interest in the Property to New Direction by Quit Claim Deed recorded in the Clark County recorder's office on January 11, 2016 as Instrument No. 20160111-0002004;

5. On January 4, 2017, Bayview and Freddie Mac initiated an action for quiet title and damages against Silver Stream, Washington & Sandhill, New Direction, and ACS in the United States District Court, District of Nevada, Case No. 2:17-cv-00026 (the **Quiet Title Action**).

6. The Parties have entered a settlement agreement in which all claims between the parties have been resolved.

7. The parties have agreed as part of their settlement agreement, and the Court incorporates that agreement and its provision, that the Deed of Trust survived and was not extinguished in any capacity by the HOA Sale, the recording of the HOA Foreclosure Deed, or the recording of the Quit Claim Deed to New Direction.  The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and New Direction's interest in the Property is subject to the Deed of Trust. This stipulation is made for purposes of this action only and is not a waiver by any Party of its legal position in any other case or an admission of liability in this or any other action.

/ /
/ /
/ /
/ /

APN 140-30-612-033
44551713;1

DATED this 18th day of July, 2018

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

DATED this 18th day of July, 2018

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128

*Attorneys for Absolute Collection Services, LLC*

DATED this 18th day of July, 2018

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Wing Yan Wong*
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorney for Washington & Sandhill HOA*

DATED this 18th day of July, 2018

**ALDRICH LAW FIRM, LTD.**

*/s/ John P. Aldrich*
JOHN P. ALDRICH
Nevada Bar No. 6877
CATHERINE HERNANDEZ, ESQ.
Nevada Bar No. 8410
300 S. Fourth Street, Ste. 1550
Las Vegas, Nevada 89101

*Attorney for Silver Stream Advisors, LLC and New Direction IRA*

APN 140-30-612-033
44551713;1

## ORDER

Based on the above stipulation between Bayview Loan Servicing, LLC (**Bayview**), Federal Home Loan Mortgage Corporation (**Freddie Mac**), Washington & Sandhill Homeowners Association (**Washington**), Absolute Collection Services, LLC (**ACS**), New Direction IRA (**New Direction**), and Silver Stream Advisors, LLC (**Silver Stream**),  the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 925 Swiss Street, Las Vegas, Nevada 89110, APN 140-30-612-033 (the **Property**) on October 31, 2006 as Instrument No. 20061031-0006241 (the **Deed of Trust**) was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by Washington & Sandhill on July 15, 2014 or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on July 16, 2014, as Instrument Number 20140716-0003120, reflecting that Silver Stream purchased the Property at the foreclosure sale, or the recording of the Quit Claim Deed in the Official Records of Clark County, Nevada on January 11, 2016 as Instrument No. 20160111-0002004, reflecting that Silver Stream transferred its interest in the Property to New Direction.  New Direction's interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Bayview shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

APN 140-30-612-033
44551713;1

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

The Clerk of Court is instructed to close the case.

DATED this __19__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

APN 140-30-612-033
44551713;1